| | |
|---|---|
| 1 | **THOMPSON COBURN LLP** |
| 2 | **RICHARD G. REINIS, CSB 45811**<br>**rreinis@thompsoncoburn.com** |
| 3 | **JEFFREY N. BROWN, CA BAR NO. 105520**<br>**jbrown@thompsoncoburn.com** |
| 4 | **2029 Century Park East, 19th Floor**<br>**Los Angeles, CA  90067** |
| 5 | **Phone: (310) 282-2500 / Fax: (310) 282-2501** |

Proposed Attorneys for Debtor and Debtor in Possession
Sultan Financial Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No. 2:18-bk-18021 |
| SULTAN FINANCIAL CORPORATION, a California corporation | Chapter 11 |
| Debtor. | |
| | **DECLARATION OF DAVID A. WARFIELD REGARDING SUPPLEMENT TO PROOF OF SERVICE FILED ON JULY 14, 2018 PERTAINING TO FIRST DAY MOTIONS** |
| Tax ID:  95-4028025 | |

6780546.1

## DECLARATION OF DAVID A. WARFIELD

I, David A. Warfield, declare:

1. I am an attorney, duly-admitted to practice law in the State of Missouri. On July 13, 2018, I filed a pro hac vice motion before this Court.

2. I am a partner of Thompson Coburn LLP ("Thompson Coburn") proposed bankruptcy counsel to Sultan Financial Corporation, the debtor and debtor in possession in the above-captioned case (the "Debtor").

3. The Debtor filed a Chapter 11 case on July 13, 2018 (the "Petition Date"). On the Petition Date, Sultan filed the following so-called "First Day Motions":

   a. Debtor's Emergency Motion For Order: (1) Deeming Utility Companies Adequately Assured Of Future Performance; (2) Establishing Procedures For Requests For Additional Assurance; (3) Restraining Utility Companies From Discontinuing, Altering, Or Refusing Service; And (4) Providing For Related Relief (dkt. #6);

   b. Debtor's Emergency Motion For Order Authorizing Payment And/Or Honoring Of Pre-Petition Employee Compensation, Benefits, Reimbursements, Withholding Taxes, Accrued Vacation, And Related Employee Claims (dkt. # 7);

   c. Debtor's Emergency Motion For Order Authorizing Debtor To Maintain Bank Accounts, Cash Management System, And Use Of Existing Business Forms (dkt. # 5);

   d. Debtor's Emergency Motion For Interim Order: (1) Authorizing Debtor Use Of Cash Collateral Pursuant To 11 U.S.C. § 363; (2) Granting Adequate Protection To Prepetition Senior Lender Pursuant To 11 U.S.C. §§ 361, 362, And 363, (3) Scheduling a Further Hearing Pursuant To Bankruptcy Rule 4001; And (4) Granting Related Relief (dkt. # 4); and

6780546.1

    e.  Debtor's Emergency Motion for Order Authorizing the Payment of Certain Prepetition Taxes (dkt. #8).

4. On July 14, 2018, Sultan filed a Proof of Service for First Day Motions and Related Documents ("Proof of Service") (dkt. # 24), which described the service made on July 13, 2018 of the various First Day Motions and related materials. The purpose of this declaration is to supplement the information contained in the Proof of Service by describing the additional measures taken on July 16, 2018 to provide notice to creditors and interested parties.

5. On July 16, 2018, at approximately 9:10 a.m., I spoke with Hatty Yip of the Office of the United States Trustee and we discussed the hearing to be held on the first day motions (the "First Day Hearing").

6. Beginning at approximately 9:00 a.m., a clerk in Thompson Coburn's Los Angeles office, Kayla Ghasemi, placed calls to fourteen of the twenty largest unsecured creditors and either spoke to a person or left word on voice message regarding the First Day Hearing. The creditors that Ms. Ghasemi reached are:

  a. Artex Risk
  b. Blair Ag Services
  c. Diamond Mattress
  d. Yucaipa Valley Acres
  e. Martini Iosue
  f. Zions Credit
  g. Littler Mendelson
  h. Ashley Furniture
  i. Freeway Commercial Truck
  j. IPFS
  k. Granite Telecommunications
  l. Abilita
  m. TALX

6780546.1  - 2 -

        n.       Newark Element

7.     Ms. Ghasemi was unable to reach the below creditors that appear on the list of twenty largest unsecured creditors:

        a.       State Board of Equalization (toll free number was the only number available, and this creditor will be paid if the First Day Motions are granted);

        b.       American Express (toll free number was the only number available, and this creditor will be paid if the First Day Motions are granted);

        c.       Staples Business Advantage (Dana Bernard no longer works at this creditor)

        d.       American Arbitration Association (no answer)

        e.       Fresno Grizzlies (could not reach).

8.     At approximately 12:00 noon on July 16, 2018, Richard Reinis, a partner at Thompson Coburn, placed a call to Jonathan Solish at Bryan Cave Leighton Paisner LLP, counsel for Aaron's and left a voice message regarding the First Day Hearing.

9.     On July 16, 2018, I received telephone calls from representative of Diamond Mattress and Blair Ag Services about the First Day Hearing.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 16, 2018.

                                                               */s/ David A. Warfield*

                                                               David A. Warfield