**Fill in this information to identify the case:**

Debtor name    **Sultan Financial Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-18021-ER**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2018**

X **/s/ Randall C. Sultan**
Signature of individual signing on behalf of debtor

**Randall C. Sultan**
Printed name

**CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

| In re | **Sultan Financial Corporation** | | Case No. | **2:18-bk-18021-ER** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sultan Family Revocable Trust**<br>**204 Glenroy Place**<br>**Los Angeles, CA 90049** | | | **Common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | **July 27, 2018** | Signature | **/s/ Randall C. Sultan** |
|---|---|---|---|
| | | | **Randall C. Sultan** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**THOMPSON COBURN LLP**
**RICHARD G. REINIS, CSB 45811**
**rreinis@thompsoncoburn.com**
**JEFFREY N. BROWN, CSB 105520**
**jbrown@thompsoncoburn.com**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

**THOMPSON COBURN LLP**
**DAVID A. WARFIELD (PRO HAC VICE)**
**dwarfield@thompsoncoburn.com**
**One U.S. Bank Plaza – Suite 2600**
**St. Louis, Missouri 63101**
**Tel: 314-522-6000/Fax: 314-552-7000**

Proposed Attorneys for Debtor and Debtor in Possession
Sultan Financial Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No. 2:18-bk-18021 |
| SULTAN FINANCIAL CORPORATION, a California corporation | Chapter 11 |
| Debtor. | **GLOBAL NOTES TO DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS** |
| Tax ID:  95-4028025 | |

Sultan Financial Corporation (the "Debtor") submits its schedules of assets and liabilities (the "Schedules") and statements of financial affairs (the "SOFAS") pursuant to 11 U.S.C. § 521, and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

1.    These global notes (the "Global Notes") regarding the Debtor's Schedules and SOFAS comprise an integral part of the Schedules and SOFAS filed by the Debtor, and should be referenced in connection with any review of the Schedules and SOFAS.

2.    The Schedules and SOFAS prepared by the Debtor are unaudited, and were prepared with data available to the Debtor as near as possible to July 13, 2018 (the "Petition Date"). Although the Debtor's management made every reasonable effort to ensure that the Schedules and SOFAS are accurate and complete, it is possible additional prepetition invoices will be received in the future.  Accordingly, the Schedules and SOFAS remain subject to further review and verification by the Debtor, and the Debtor reserve the right to amend the Schedules and SOFAS from time-to-time as may be necessary or appropriate.

3.    The Schedules and SOFAS do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles. The preparation of the Schedules and SOFAS required the Debtor to make estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of any revenues and expenses during the applicable reporting periods. Actual results could differ from the Debtor's estimates.

4.    It would be prohibitively expensive for the Debtor to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Petition Date are reflected on the Schedules and SOFAS.  For this reason, amounts ultimately realized may vary from net book value, and such variances may be material.

5.    Despite reasonable efforts, the Debtor may not have identified and/or set forth all causes of action against third parties in their Schedules and SOFAS. The Debtor reserve any and all rights with respect to any causes of action they may have, and neither these Global Notes nor

- 2 -

the Schedules and SOFAS shall be deemed a waiver of any such causes of action, nor may they be used in any litigation in these, or related to these, chapter 11 cases.

6.    The Debtor's answer to question 11 of Schedule B merits more explanation. Consumers who lease goods from the Debtor have the option of (i) terminating the lease at any time, or (ii) purchasing the goods before the expiration of the lease.  In addition, consumers sometimes simply fail to make payments, which requires the Debtor to repossess the goods.   The Debtor currently has approximately 13,040 customers with active contracts.  These 13,040 plus customers account for approximately 20,500 total contracts.  The aggregate dollar value of the remaining stream of payments under the contracts is approximately $26,631,000.  Historically, given pre-payments, defaults, terminations and similar events, the Debtor has collected over time about 55% (give or take a couple of percentage points) of the stream of payments.  Consequently, the Debtor has listed $14,647,000 in question 11 of Schedule B.

7.    These Global Notes are in addition to any specific notes set forth in the Schedules, SOFAS and/or herein. The fact that the Debtor may have prepared a specific note with respect to any of the Schedules and SOFAS and not to others should not be interpreted in any way, and specifically should not be interpreted as a decision by the debtors to exclude the applicability of any Global Note to any of the Debtor's Schedules and SOFAS.

8.    The Debtor reserve the right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims. Schedule E does not include (i) priority employee claims that were paid pursuant to the *Order Granting Debtor's Emergency Motion for Order Authorizing Payment And/Or Honoring of Pre-Petition Employee Compensation, Benefits, Reimbursement, Withholding Taxes, Accrued Vacation and Related Employee Claims.* dated July 18, 2018 [Docket No. 41; or (ii) priority tax claims that were paid pursuant to the *Order Granting Debtor's Emergency Motion for Order Authorizing the Payment of Certain Prepetition Taxes* dated July 18, 2018 [Docket No. 42].  Also, the Debtor have omitted from their responses to SOFA question #3b payments made to employees within 90 days of the Petition Date.

- 3 -

9.      The Debtor specifically reserve the right to amend, modify, supplement, correct, change, or alter any part of their Schedules, SOFAS and Global Notes as and to the extent necessary and as they deem appropriate.

DATED:  July 27, 2018            **THOMPSON COBURN LLP**

By:      _/s/ David A. Warfield_
         **DAVID A. WARFIELD**
         Proposed  Attorneys  for  Debtor  and  Debtor  in
         Possession Sultan Financial Corporation

- 4 -

**Fill in this information to identify the case:**

Debtor name   **Sultan Financial Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:18-bk-18021-ER**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................   $             **0.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................   $       **24,643,928.22**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................................   $       **24,643,928.22**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       **15,614,068.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $             **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      **5,967,675.44**

4.   **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b                    $       **21,581,743.44**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sultan Financial Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:18-bk-18021-ER**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $332,165.32 |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.       **Other cash equivalents** *(Identify all)*

| 5.      **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $332,165.32 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **various** | $1,206,616.60 |
|---|---|

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9.      **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $1,206,616.60 |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Sultan Financial Corporation** | Case number *(if known)* **2:18-bk-18021-ER** |
|---|---|---|
| | Name | |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　　**14,647,000.00** － 　　　　**0.00** = .... 　　**$14,647,000.00**

　　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.　　　**$14,647,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** | | | | |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale on hand and leased inventory** | 7/20/18 | $7,795,114.90 | Recent cost | $7,795,114.90 |
| 22.　**Other inventory or supplies** | | | | |

23.　**Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.　　　**$7,795,114.90**

24.　**Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value　　**307598.64** Valuation method　**Cost**　Current Value　**0**

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Sultan Financial Corporation** | Case number *(If known)* **2:18-bk-18021-ER** |
|---|---|---|
| | Name | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **General office furniture in office and in teh sixteen stores** | **$663,031.40** | **N/A** | **$663,031.40** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $663,031.40 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Debtor leases 28 trucks and it owns 8 trucks** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

| Debtor | **Sultan Financial Corporation** | Case number *(If known)* | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

machinery and equipment)

| 51. | **Total of Part 8.** | $0.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Claim against Aaron's** | **Unknown** |
| | Nature of claim        claim against franchisee | |
| | Amount requested               $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Sultan Financial Corporation** | Case number *(if known)* | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **Sultan Financial Corporation**                                                Case number *(If known)*  **2:18-bk-18021-ER**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $332,165.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,206,616.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,647,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,795,114.90 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $663,031.40 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,643,928.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,643,928.22 |

**Fill in this information to identify the case:**

Debtor name    **Sultan Financial Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:18-bk-18021-ER**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **ZB, N.A., d/b/a Cal. Bank & Trust** Creditor's Name | Describe debtor's property that is subject to a lien **Blanket lien on substantially all of Debtor's property** | $15,614,068.00 | $663,031.40 |
| **21800 Burbank Blvd.** **Woodland Hills, CA 91367** Creditor's mailing address | Describe the lien **Blanket Lien on Personal Property** | | |
| | Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred **1/4/2012** Last 4 digits of account number **8342** | As of the petition filing date, the claim is: Check all that apply | | |
| Do multiple creditors have an interest in the same property? ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | | | |
|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $15,614,068.00 | |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Anthony Napolitano** **1000 Wilshire Blvd.** **Suite 1500** **Los Angeles, CA 90017-1730** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name  **Sultan Financial Corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:18-bk-18021-ER**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **5700 Van Buren Blvd.** | |
| | **c/o Gary Fidler, Esq.** | |
| | **2719 Wilshire Blvd.** | |
| | **2nd Floor** | |
| | **Santa Monica, CA 90403** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **$4,671,497.69** |
| | **Aaron's Inc.** | |
| | **Attn. Robert Kamerschen** | |
| | **400 Galleria Parkway SE** | |
| | **Suite 300** | |
| | **Atlanta, GA 30339** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Promissory Note 8/1/16 and 2018 trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | **$1,450.00** |
| | **Abilita** | |
| | **2310 Curtis Ave., Suite B** | |
| | **Redondo Beach, CA 90278** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | **$1,500.00** |
| | **American Arbitration Association** | |
| | **13727 Noel Road, Suite 700** | |
| | **Dallas, TX 75240** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Arbitration never occurred__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,353.85 |
|---|---|---|---|

**American Express**
Box 0001
Los Angeles, CA 90096-8000

Date(s) debt was incurred _

Last 4 digits of account number __5009__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**APRO**
P.O. Box 3689
Dept. 497
Sugar Land, TX 77487

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Artex Risk Solutions, Inc.**
2850 Gulf Road
Rolling Meadows, IL 60008

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loss experience charges__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,996.20 |
|---|---|---|---|

**Ashley Furniture Industries**
PO Box 190
Arcadia, WI 54612-0190

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**AT&T**
PO Box 5014
Carol Stream, IL 60197-5014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.07 |
|---|---|---|---|

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred _

Last 4 digits of account number __6635__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.28 |
|---|---|---|---|

**Badasci Tire Company**
351 West 6th Street
Hanford, CA 93230

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | Case number (*if known*) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Bakersfield FARP**
P.O. Box 749899
Los Angeles, CA 90074-9899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.40** |
|---|---|---|---|

**Bank of America**
P.O. Box 15796
Wilmington, DE 19886-5796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Blair Ag Services, Inc.**
2660 Whitson Street
Selma, CA 93662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent on closed store**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**Bulldog Alarm Company**
5730 N. First Street
105-424
Fresno, CA 93710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$314.48** |
|---|---|---|---|

**Burrtec Waste Industries, Inc.**
PO Box 5938
Buena Park, CA 90622-5938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Store F1352**

Last 4 digits of account number  **3440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298.60** |
|---|---|---|---|

**Canon Financial Services, Inc.**
14904 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **copier lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,370.82** |
|---|---|---|---|

**Capital One Bank**
P.O. Box 60599
City of Industry, CA 91716-0599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Fresno Utilities Billing**
PO Box 2069
Fresno, CA 93718-2069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3840**

Basis for the claim: **Utility Company Store F197, F1130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Hanford**
315 N. Douty Street
Hanford, CA 93230-3951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6739**

Basis for the claim: **Utility Company Store F503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Porterville**
291 North Main Street
Porterville, CA 93257-3737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0006**

Basis for the claim: **Utility Company Store F945**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Visalia**
PO Box 51159
Los Angeles, CA 90051-5459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1149**

Basis for the claim: **Utility Company Store F206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.71 |
|---|---|---|---|

**Coast Appliance Parts**
10680 Mulberry Avenue
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.92 |
|---|---|---|---|

**Coast to Coast Computer Products**
4277 Valley Fair St.
Simi Valley, CA 93063-2940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.50 |
|---|---|---|---|

**Com-Tech**
124 Andrew Drive
Suite 100
Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.46**

**Comcast**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store F261**

Last 4 digits of account number  **3093**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,702.74**

**Comdata**
**P.O. Box 500544**
**Saint Louis, MO 63150-0599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.58**

**Complete Copy Systems Group**
**P.O. Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cyrstal Bird**
**c/o Andrea Bird**
**Herman Gerel LLP**
**230 Peachtree, Suite 2260**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,537.50**

**Diamond Mattress**
**3112 E. Las Hermanas**
**Compton, CA 90221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **ARENTL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**East Niles Community Services Distr**
**PO Box 6038**
**Bakersfield, CA 93386-6038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Company Store F286**

Last 4 digits of account number  **4000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114.12**

**Eastern Municipal Water District**
**PO Box 845484**
**Los Angeles, CA 90084-5484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **3205**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.50 |
|---|---|---|---|
| | **Eliza Ramirez**<br>**3306 S. Mooney Blvd**<br>**Visalia, CA 93277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.04 |
|---|---|---|---|
| | **FedEx**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,992.23 |
|---|---|---|---|
| | **Freeway Commercial Truck Center**<br>**1655 W. 6th Street**<br>**Corona, CA 92882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **truck repairs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|
| | **Fresno Grizzlies**<br>**1800 Tulare Street**<br>**Fresno, CA 93721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.69 |
|---|---|---|---|
| | **Frontier**<br>**PO Box 740407**<br>**Cincinnati, OH 45274-0407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0407;5788** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $163.00 |
|---|---|---|---|
| | **Geil Enterprise, Inc.**<br>**1945 N. Helm Ave.**<br>**Ste 380**<br>**Alpharetta, GA 30009-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,010.00 |
|---|---|---|---|
| | **Global Caps, Inc.**<br>**2775 Premiere Pkwy., Suite 380**<br>**Duluth, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,642.63 |
|---|---|---|
| **Granite Telecommunications**<br>**PO Box 983119**<br>**Boston, MA 02298-3119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|
| **Health Wise Services**<br>**4800 East Lincoln Avenue**<br>**Fowler, CA 93625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,618.80 |
|---|---|---|
| **IPFS Corporation**<br>**P.O. Box 730223**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **7028** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529.18 |
|---|---|---|
| **Iron Mountain**<br>**PO Box 601002**<br>**Pasadena, CA 91189-0110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $624.32 |
|---|---|---|
| **Isuzu Finance of America, Inc.**<br>**2500 Westchester Ave., Suite 312**<br>**Purchase, NY 10577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vehicle Leases** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jason Cavalier**<br>**c/o Gregory A. Douglas**<br>**550 Bolsa Avenue**<br>**Suite 201**<br>**Huntington Beach, CA 92649** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Litigation claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|
| **Jorgensen & Co.**<br>**2691 So. East Avenue**<br>**Fresno, CA 93760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.20** |
|---|---|---|---|

**LexisNexis Risk Data Mgmt Inc.**
**28330 Network Place**
**Chicago, IL 60673-1283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,959.50** |
|---|---|---|---|

**Littler Mendelson P.C.**
**P.O. Box 207137**
**Dallas, TX 75320-7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|

**Luz Florez**
**260 W. Olive Avenue**
**Suite A**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**M&S Security Services**
**2900 L Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Lemus**
**c/o Eric Oren**
**225 West Shaw Avenue**
**Suite 105**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marlon Serrano**
**c/o Stephen J. Reiss, Esq.**
**476 Park Granada, Suite 206**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,212.92** |
|---|---|---|---|

**Martini Iosue & Akpovi**
**16830 Ventura Blvd.**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **Sultan Financial Corporation**                                      Case number (if known)   **2:18-bk-18021-ER**
        Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael and Fonda Winslow**
c/o Christopher P. Ridout
555 E. Ocean Blvd.
Suite 5000
Long Beach, CA 90802

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.88 |
|---|---|---|---|

**Mid Valley Disposal**
PO Box 12227
Fresno, CA 93777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Utility Company Store F1130

Last 4 digits of account number  **3100**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,097.65 |
|---|---|---|---|

**Newark Element**
33190 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.53 |
|---|---|---|---|

**Oildale Mutual Water Co.**
PO Box 5638
Bakersfield, CA 93388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  trade debt

Last 4 digits of account number  **2590**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ollie Driver**
c/o Jennifer B. Smith
27951 Smyth Drive
Suite 101
Reseda, CA 91335

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation claim

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.85 |
|---|---|---|---|

**Orkin**
P.O. Box 60599
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Perris Tires & Wheels Inc.**
3575 North Perris Blvd.
Suite A
Perris, CA 92571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PG&E**
**PO Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**Various**__

Basis for the claim:  **Utility Company Stores F1022, F112, F1130, F197, F261, F286, F351**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**PR Plumbing Heating and AC**
**4296 E. Ashlan Avenue**
**Fresno, CA 93726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950,000.00 |
|---|---|---|---|

**Randall C. Sultan**
**204 Glenroy Place**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Promissory note (amount excludes accrued interest)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,150.20 |
|---|---|---|---|

**Randall C. Sultan**
**204 Glenroy Place**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.38 |
|---|---|---|---|

**Republic Services**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**3840**__

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosa Fabian**
**c/o Todd M. Friedman P.C.**
**21550 Oxnard Street**
**Suite 780**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.00 |
|---|---|---|---|

**Shred-It**
**28883 Network Place**
**IL 60672-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | Case number (*if known*) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**SoCalGas**
**PO Box C**
**Hacienda Heights, CA 91745-5111**

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.78**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Sonia Villalobos**
**1400 Martinho Ave**
**Tulare, CA 93274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$162.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$159.18**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Southwest Gas Corp.**
**PO Box 98890**
**Las Vegas, NV 89150-0101**

Date(s) debt was incurred _

Last 4 digits of account number  **9023**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Spectrum Business**
**PO Box 60229**
**Los Angeles, CA 90060-0229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$89.98**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Staples Businses Advantage**
**PO Box #842142**
**Philadelphia, PA 19176-0242**

Date(s) debt was incurred _

Last 4 digits of account number  **5843**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,397.38**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Steven Coe**
**3306 S. Mooney Blvd.**
**Visalia, CA 93277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$553.15**

---

| Debtor | **Sultan Financial Corporation** | | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**STOPest Pest Contro**
P.O. Box 81713
Bakersfield, CA 93380

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.47 |
|---|---|---|---|

**Summitt Reprographics**
2029 Century Park East
4420
Los Angeles, CA 90064

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,142.80 |
|---|---|---|---|

**TALX Corporation**
4076 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred __

Last 4 digits of account number **3825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Tel Tec Security Systems Inc.**
5020 Lisa Marie Ct.
Bakersfield, CA 93313

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.61 |
|---|---|---|---|

**TF Tire & Service**
837 Industrial Avenue
Tulare, CA 93274

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.00 |
|---|---|---|---|

**The Shredders**
P.O. Box 91-1197
Los Angeles, CA 90091

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.90 |
|---|---|---|---|

**Time Warner Cable**
PO Box 60074
City of Industry, CA 91716

Date(s) debt was incurred __

Last 4 digits of account number **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Varday Alexander**
**c/o Grham Hollis**
**3555 Fifth Avenue**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.62 |
|---|---|---|---|

**Varner Brothers**
**P.O. Box 80427**
**Bakersfield, CA 93380-0427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.62 |
|---|---|---|---|

**Webb/Mason Marketing**
**P.O. Box 62414**
**Baltimore, MD 21264-2414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.83 |
|---|---|---|---|

**Woodhaven Furniture Industries**
**P.O. Box 116375**
**Atlanta, GA 30368-6375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Yucaipa Valley Acres, LLC**
**c/o Quong Enterprises**
**3940 Broad Street**
**Suite B**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent on closed store**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,423.70 |
|---|---|---|---|

**Zions Credit Corp**
**P.O. Box 26536**
**Salt Lake City, UT 84126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts 13739010; 13739011;13739015;13739017**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Sultan Financial Corporation** | Case number (if known) | **2:18-bk-18021-ER** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jonathan Solish**<br>**Bryan Cave LLP**<br>**120 Broadway, Suite 300**<br>**Santa Monica, CA 90401-2386** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,967,675.44** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,967,675.44** |

**Fill in this information to identify the case:**

Debtor name   **Sultan Financial Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:18-bk-18021-ER**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Standard Shoping Center Lease dated May 21, 2009 for 2042 East Palmdale Blvd., Suite A, Palmdale, CA 93550** | **2042 Town Square West, LLC MG Palmdale Associates c/o MG Development Company 21700 Oxnard Street, #1760 Woodland Hills, CA 91367** |
| **2.2.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Sixteen (16) Exterior Sign Lease Agreements (one for each operating store).** | **Aaron Rents, Inc. 309 E. Paces Ferry Rod Atlanta, GA 30305** |
| **2.3.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Sixteen (16) Equipment Lease Agreemetns for reach operating store** | **Aaron Rents, Inc. 309 E. Paces Ferry Rod Atlanta, GA 30305** |
| **2.4.**    State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Lease dated May 17, 2007 for 4127 Ming Avenue, Bakersfield, CA 93309** | **Bakersfield Partnership PO Box 1290 Agoura Hills, CA 91376** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Sultan Financial Corporation** | | | Case number (*if known*) | **2:18-bk-18021-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease dated October 15, 2004 for 1307-A East Main Street, Barstow, CA 92311** | **Barstow Town Square, LLC c/o Lee and Associates 14369 Park Avenue, Suite 200 Victorville, CA 92392** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Copier Lease; Contract No. 001-0579389-002** | **Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693-0149** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Shopping Center Lease dated February 26, 1999 for 1080 West Avenue K, Suite C-2, Lancaster, CA 93534** | **CP Antelope Shops, LLC c/o NewMark Merrill Company 5850 Canoga Avenue, Suite 650 Woodland Hills, CA 91367** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease dated March 1, 2013 for 1115 Olympic Blvd., Los Angeles, CA 90064** | **Douglas Emmett 1997, LLC c/o Douglas Emmett Management, LLC Director of Property Management 808 Wilshire Blvd., Suite 200 Santa Monica, CA 90401** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease dated May 30, 2000 for 4832 E. Kings Canyon Road, Fresno, CA 93727** | **Eastgate Center, LLC c/o Paynter Realty Investments, Inc 1761 Irvine Blvd., Suite 204 Tustin, CA 92780** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Lease dated September 1, 2011 for 1614 N. Blackstone Ave., Fresno, CA 93703** | **Fresno-Blackstone, LLC 11150 W. Olympic Blvd., Suite 740 Los Angeles, CA 90064** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Sultan Financial Corporation**

| First Name | Middle Name | Last Name |
|---|---|---|

Case number *(if known)*  **2:18-bk-18021-ER**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lease dated May 8, 2000 for 12180 Hesperia Road, Victorville, CA 92395** | |
|---|---|---|---|
| | State the term remaining | | **HI Desert Plaza LLC** |
| | List the contract number of any government contract | | **22601 Pacific Coast Highway Suite 200 Malibu, CA 90265** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Shopping Center Lease-Net dated May 24, 2016 for 1689 E. Highland, San Bernadino, CA 92404** | |
|---|---|---|---|
| | State the term remaining | | **Infinity Commercial, LLC c/o NAI Capital, Inc. Senior Vice President** |
| | List the contract number of any government contract | | **800 North Haven Ave., Suite 400 Ontario, CA 91764** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **25 vehicle leases** | |
|---|---|---|---|
| | State the term remaining | | **Isuzu Finance of America, Inc.** |
| | List the contract number of any government contract | | **2500 Westchester Ave., Suite 312 Purchase, NY 10577** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated August 28, 2009 for 2160 E. Pacheco Blvd., Los Banos, CA 93635** | |
|---|---|---|---|
| | State the term remaining | | **Manthey Road Sterling Partners, LLC** |
| | List the contract number of any government contract | | **73-700 Dinah Shore Drive, Suite 401 Palm Desert, CA 92211** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Business Equipment - Postage Meter, SBYL K7MO w/5lb Scale and DF100 Letter Perfect Fold** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes** |
| | List the contract number of any government contract | | **P.O. Box 371887 Pittsburgh, PA 15250-7887** |

| Debtor 1 | **Sultan Financial Corporation** | | Case number *(if known)* | **2:18-bk-18021-ER** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated December 21, 2009 for 3264 W. Shaw Ave., Fresno, CA 93711** | |
|---|---|---|---|
| | State the term remaining | | **Randall and Patricia Sultan Fam Tr.** |
| | List the contract number of any government contract | | **204 Glenroy Place Los Angeles, CA 90049** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial Lease  for 2560 N. Perris Blvd., Perris, CA 92571** | |
|---|---|---|---|
| | State the term remaining | | **RHI/Spectrum Perris LLC c/o Jeffrey M. Boren** |
| | List the contract number of any government contract | | **716 N. Linden Drive Beverly Hills, CA 90210** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated April 1, 2013 for 1125 Olive Drive, Bakersfield, CA 93308** | |
|---|---|---|---|
| | State the term remaining | | **SFC-Olive 351, LLC** |
| | List the contract number of any government contract | | **11150 West Olympic Blvd., Suite 740 Los Angeles, CA 90064** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated March 17, 2000 for 3306 South Mooney Blvd., Visalia, CA 93277** | |
|---|---|---|---|
| | State the term remaining | | **SNORAA LLC** |
| | List the contract number of any government contract | | **220B North Locust Visalia, CA 93291** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated November 1, 2011 for 6473 Niles Street, Bakersfield, CA 93306** | |
|---|---|---|---|
| | State the term remaining | | **Sultan Financial Niles, LLC** |
| | List the contract number of any government contract | | **11150 W. Olympic Blvd., Suite 740 Los Angeles, CA 90064** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Multi-Tenant Shopping Center Lease, undated, 2007 for 260 W. Olive Ave., Suite A, Porterville, CA 93257** | |
|---|---|---|---|
| | State the term remaining | | **William Fedde/Mary Fedde Rev. Trust 7419 N. Cedar #102 Fresno, CA 93720** |

| Debtor 1 | **Sultan Financial Corporation** | | | Case number *(if known)* | **2:18-bk-18021-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **5 vehicle leases** | |
|---|---|---|---|
| | State the term remaining | | **Zions Credit Corp.** |
| | List the contract number of any government contract _____ | | **310 South Main**<br>**# 1300**<br>**Salt Lake City, UT 84101** |

**Fill in this information to identify the case:**

Debtor name   **Sultan Financial Corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:18-bk-18021-ER**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Patricia Sultan** | **204 Glenroy**<br>**Los Angeles, CA 90049** | **Aaron's Inc.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.2 | **Patricia Sultan,**<br>**as Trustee** | **204 Glenroy Place**<br>**Los Angeles, CA 90064**<br>**as Trustee of the Randall and Patricia**<br>**Sultan Family Revocble Trust, dated**<br>**November 5, 1999** | **ZB, N.A, d/b/a Cal.**<br>**Bank & Trust** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Randall C. Sultan** | **204 Glenroy Place**<br>**Los Angeles, CA 90049** | **ZB, N.A, d/b/a Cal.**<br>**Bank & Trust** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Randall C. Sultan** | **204 Glenroy Place**<br>**Los Angeles, CA 90049** | **Aaron's Inc.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |

| Debtor | **Sultan Financial Corporation** | Case number *(if known)* | **2:18-bk-18021-ER** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Randall C. Sultan, as Trustee** | **204 Glenroy Place Los Angeles, CA 90049 Trustee of the Randal and Patricia Sultan Family Revocable Trust, dated November 5, 1999** | **ZB, N.A, d/b/a Cal. Bank & Trust** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Randal C. Sultan** | **204 Glenroy Place Los Angeles, CA 90049** | **RHI/Spectrum Perris LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.17___ |
| 2.7 | **Randall C. Sultan** | **204 Glenroy Place Los Angeles, CA 90049** | **HI Desert Plaza LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.11___ |
| 2.8 | **Randall C. Sultan** | **204 Glenroy Place Los Angeles, CA 90049** | **Infinity Commercial, LLC** | ☐ D _____ ☐ E/F _____ ■ G ___2.12___ |

**Fill in this information to identify the case:**

Debtor name  **Sultan Financial Corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:18-bk-18021-ER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business  ☐ Other _____ | $12,592,385.00 |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business  ☐ Other _____ | $27,082,739.00 |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business  ☐ Other _____ | $32,227,150.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Sultan Financial Corporation**    Case number *(if known)*    **2:18-bk-18021-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **Aaron's Inc.**<br>**Attn. Robert Kamerschen**<br>**400 Galleria Parkway SE**<br>**Suite 300**<br>**Atlanta, GA 30339** | **Various**<br>**dates -** | $21,929.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **equipment fees** |
| 3.2.    **Aaron's Inc.**<br>**Attn. Robert Kamerschen**<br>**400 Galleria Parkway SE**<br>**Suite 300**<br>**Atlanta, GA 30339** | **varios** | $88,053.43 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.    **ZB, N.A, d/b/a Cal. Bank & Trust**<br>**21800 Burbank Blvd.**<br>**Woodland Hills, CA 91367** | **various** | $595,029.10 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.    **California Board of Equalization**<br>**Account Information Group MIC-29**<br>**Sacramento, CA 94279-0029** | **various** | $536,353.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales Tax** |
| 3.5.    **Fidelity**<br>**900 Salem Street**<br>**Smithfield, RI 02917** | **various** | $48,007.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401(k) payments** |
| 3.6.    **Isuzu Finance of America, Inc.**<br>**2500 Westchester Ave., Suite 312**<br>**Purchase, NY 10577** | | $16,792.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.    **Aaron's Inc.**<br>**Attn. Robert Kamerschen**<br>**400 Galleria Parkway SE**<br>**Suite 300**<br>**Atlanta, GA 30339** | **various** | $1,204,096.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.    **Zions Credit Corp.**<br>**310 South Main**<br>**# 1300**<br>**Salt Lake City, UT 84101** | **various** | $89,622.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **personal property lease payments** |

Debtor   **Sultan Financial Corporation**

Case number *(if known)*   **2:18-bk-18021-ER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.<br>**Avidxchange**<br>**6415 South 3000 East**<br>**Suite 150**<br>**Salt Lake City, UT 84121** | | **$54,994.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.<br>**2042 Town Square West, LLC**<br>**MG Palmdale Associates**<br>**c/o MG Development Company**<br>**21700 Oxnard Street, #1760**<br>**Woodland Hills, CA 91367** | | **$39,299.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **rent** |
| 3.11.<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | **$126,416.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.<br>**Ashley Furniture Industries**<br>**PO Box 190**<br>**Arcadia, WI 54612-0190** | | **$113,391.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.<br>**Bakersfield Partnership**<br>**PO Box 1290**<br>**Agoura Hills, CA 91376** | | **$33,760.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.<br>**Barstow Town Square, LLC**<br>**c/o Lee and Associates**<br>**14369 Park Avenue, Suite 200**<br>**Victorville, CA 92392** | | **$30,137.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.<br>**Blair Ag Services, Inc.**<br>**2660 Whitson Street**<br>**Selma, CA 93662** | | **$16,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.<br>**Comdata Network**<br>**P.O. Box 500544**<br>**Saint Louis, MO 63150-0599** | | **$53,534.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Sultan Financial Corporation** | | Case number *(if known)* | **2:18-bk-18021-ER** |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Sultan Financial Hesperia LLC**<br>**11150 Olympic Blvd.**<br>**Suite 600**<br>**Los Angeles, CA 90064**<br>**related ownership** | **On or about first day of each month** | **$103,882.18** | **Monthly rent payments fro Store F239 (Victorville)** |
| 4.2. **Sultan Financial Niles, LLC**<br>**11150 Olympic Blvd**<br>**Suite 600**<br>**Los Angeles, CA 90064**<br>**related ownership** | **on or about first day of each month** | **$105,718.23** | **Monthy rent payment for Store F286 (Bakerfield)** |
| 4.3. **Frenso-Blackstone, LLC**<br>**11150 Olympic Blvd**<br>**Los Angeles, CA 90064**<br>**common ownership** | **On or about first day of each month** | **$86,308.08** | **Monthly rent payment for store F1130 (Fresno)** |
| 4.4. **SFC-Olive 351,LLC**<br>**11150 Olympic Blvd.**<br>**Los Angeles, CA 90064**<br>**common ownership** | **On or about first day of each month** | **$142,950.40** | **monthly rent payment for store F351 (Bakersfield)** |
| 4.5. **Randall and Patricia Sultan Fam Rev Tr**<br>**204 Glenroy Place**<br>**Los Angeles, CA 90049**<br>**common ownership** | **On or about first day of each month** | **$104,000.00** | **Monthy rent payment for store F1197 (Fresno)** |
| 4.6. **Randall and Patricia Sultan Fam Rev Tr**<br>**204 Glenroy Place**<br>**Los Angeles, CA 90049**<br>**common ownership** | **On or about the first day of each month** | **$104,000.00** | **Monthy rental payments for store F503 (Hanford)** |
| 4.7. **Pacific Furniture Distributors LLC**<br>**11301 Olympic Blvd.**<br>**Suite 601**<br>**Los Angeles, CA 90064**<br>**common ownership** | **30 transactions in past 12 months** | **$989,796.68** | **Payment to inventory supplier** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Sultan Financial Corporation**                                        Case number *(if known)*    **2:18-bk-18021-ER**

---

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Crystal Byrd, et al. v. Aaron's Inc., et al.**<br>**2014-8037** | | **US Court of Appeals, 3rd Circuit**<br>**James A. Byrne U.S. Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Mciahel Winslow and Fonda Winslow, individually and on behalf of all similarly situated persons v. Sultan Financial Corporation d/b/a Aaron's Sales and Lease Ownership; Aaron's Inc.; John Does 1-10 Aaron's Franchisees; and DesignerWare, LLC**<br>**13-cv-02684** | **890 Other Statutory Actions** | **US District Court, CD California**<br>**United States Courthouse**<br>**350 West First Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **5700 Van Buren Blvd. vs. Sultan Financial Corp.**<br>**SC129181** | **Other Breach Contract/Warr-Not Fraud** | **Santa Monica State Courthouse**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Ollie Driver v. Sultan Financial Corporation; Aaron's Inc.; Sultan Financial Corp. dba Aaron's; and Does 1 to 50, Inclusive**<br>**MC026148** | **Premises Liability (Slip and Fall)** | **Superior Crt of California, County of LA**<br>**320 W. Temple St.**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Rosa Fabian v. Sultan Financial Corporation**<br>**18-0000-4075** | | **AAA Arbitration** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Varday Alexander, individually and on behalf of all other aggrieved employees of Defendant in California v. Sultan Financial Corporation dba Aaron's Sales and Lease Owenership and Does 1-50**<br>**SC129161** | **Other Employment Complaint** | **Superior Crt of California, County of LA**<br>**320 W. Temple St.**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **Jason Cavalier v. Sultan Financial Corporation dba Aaron's Sales and Lease Ownership and Does 1-30**<br>**BCV-18-101126** | **Other - Employment** | **Superior Court of CA, Kern County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Sultan Financial Corporation**                                  Case number *(if known)*    **2:18-bk-18021-ER**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **Lemus, Maria vs. Sultan Financial Corporation dba Aaron's Sales & Lease Ref# 1130006894** | | **JAMS Arbitration** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Serrano vs. Sultan Financial Corporation BC 707018** | | **Los Angeles County Superior Court 111 North Hill Street Los Angeles, CA 90012-3014** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Customers sometimes make rent payments in cash at the stores. Some "shrinkage" occurs because of employee negligence or theft. Debtor attempts to reconcile this "shrinkage" in the ordinary course of business.   Debtor esimtates such shrinkage to be $18,223.51 in the past twelve months.** | | **2017-18** | **$18,223.51** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  **Sultan Financial Corporation**

Case number *(if known)*  **2:18-bk-18021-ER**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Thompson Coburn LLP**<br>**2029 Century Park East, 19th Floor**<br>**Los Angeles, CA 90067** | **Payment of retainer and precise amounts drawn before filing are disclosed in the Application to Employ Thompson Coburn.** | **June 2016** | **$325,000.00** |

Email or website address
**http://www.thomsponcoburn.com**

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **11150 Olympic Blvd.**<br>**Suite 740**<br>**Los Angeles, CA 90066** | **2013-2018** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Sultan Financial Corporation**                                      Case number *(if known)*    **2:18-bk-18021-ER**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐    No.
■    Yes. State the nature of the information collected and retained.

**Social security numbers**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐    No. Go to Part 10.
■    Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fidelity 401K Plan** | EIN:  **92775** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Sultan Financial Corporation** | EIN:  **11355** |

Has the plan been terminated?
☐ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **U.S. Bank**<br>**2566 Overland Avenue**<br>**Los Angeles, CA 90006-4000** | **XXXX-5347** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/19/18** | **$100,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Sultan Financial Corporation**                                Case number *(if known)*   **2:18-bk-18021-ER**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain Inc.**<br>**PO Box 601002**<br>**Pasadena, CA 91189-1002** | **Randall Sultan**<br>**11150 W. Olympic**<br>**Los Angeles, CA 90064** | **Excess Office files** | □ No<br>■ Yes |
| **Derrel's Mini Storage**<br>**3275 W. Ashlan Ave.**<br>**Fresno, CA 93722** | **Randall Sutton**<br>**11150 W. Olympic- Suite**<br>**600**<br>**Los Angeles, CA 90064** | **Customer files** | □ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
□   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
□   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Sultan Financial Corporation** | Case number *(if known)*   **2:18-bk-18021-ER** |
|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Millenium Insurance Company**<br>**Swan Building**<br>**26 Victoria Court**<br>**Hamilton HM Bermuda** | **Debtor is one of approximatey 60 owners of this captive insurance company** | EIN:<br><br>From-To |

---

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Martini Losue & Akpoui**<br>**16830 Ventura Blvd.**<br>**Suite 415**<br>**Encino, CA 91436** | **2016-18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Martini Iosue & Akpovi**<br>**16830 Ventura Blvd.**<br>**Encino, CA 91436** | **2016-18** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Martini Iosue & Akpovi**<br>**16830 Ventura Blvd.**<br>**Encino, CA 91436** | **2016-18** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **Sultan Financial Corporation**                                    Case number *(if known)*    **2:18-bk-18021-ER**

| Name and address |
|---|
| 26d.1.    **California Bank & Trust**<br>**21800 Burbank Blvd.**<br>**Suite 160**<br>**Woodland Hills, CA 91367** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>· **See attached** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **See attached** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Randall and Patricia Sultan Family** | **204 Glenroy Place**<br>**Los Angeles, CA 90049** | **The Randall and Patricia Sultan Family Revocable Trust, dated December 5, 1999, as amended** | **100** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Randall C.  Sultan** | **204 Glenroy Place**<br>**Los Angeles, CA 90049** | **Chief Executive Officer** | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Gregg Sultan** | **11150 Olympic Blvd.**<br>**Suite 600**<br>**Los Angeles, CA 90064** | **Vice President and General Counsel** | **0** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Zackary Vandenberg** | **11150 Olympic Blvd.**<br>**Los Angeles, CA 90064** | **President** | **0** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

Debtor    **Sultan Financial Corporation**                                                    Case number *(if known)*  **2:18-bk-18021-ER**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Randall C. Sultan<br>204 Glenroy Place<br>Los Angeles, CA 90049 | $200,442 | 2017-18 | Salary, 401(k) disbursment, and other distributions in the ordinary course of business |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2. | **Gregg Sultan**<br>**11150 Olympic Blvd.**<br>**Suite 600**<br>**Los Angeles, CA 90064** | $159,100 | 2017-18 | Salary, car allowance, and cell phone allowance |
| | **Relationship to debtor**<br>**Vice President and General Counsel** | | | |
| 30.3. | **Zackary Vandenberg**<br>**11150 Olympic Blvd.**<br>**Suite 600**<br>**Los Angeles, CA 90064** | $267,759 | 2017-18 | Salary, car allowance, cell allowance, and bonus paid in the ordinaray course of business |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Sultan Financial Corporation**

Case number *(if known)*    **2:18-bk-18021-ER**

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2018**

**/s/ Randall C. Sultan**                                      **Randall C. Sultan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

**Attachment to Question 27 Statement of Fiancial Affairs**

Debtor's store managers take a weekly inventory in the ordinary course of
business.  Aaron's also provides month information regarding inventory tied
to customer agreements